No. 41, Orig.   OHIO v. WYANDOTTE CHEMICALS CORP. ET AL.   Motion to permit three attorneys to participate in oral argument on behalf of defendants granted.   [For earlier order herein, see *ante*, p. 810.]

No. 5175.   PEREZ ET UX. v. CAMPBELL ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante*, p. 818.]   Motion of Women's Center Legal Program et al. for leave to file a brief as *amici curiae* granted.

No. 5257.   LABINE, TUTRIX v. VINCENT, ADMINISTRATOR.   Appeal from Sup. Ct. La.   [Probable jurisdiction noted, *ante*, p. 817.]   Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 5483.   WALKER v. PATE, WARDEN, ET AL.;
No. 5865.   SZIJARTO v. NELSON, WARDEN;
No. 5883.   STAMPER v. HASKINS, CORRECTIONAL SUPERINTENDENT; and
No. 5975.   HAWLEY v. CALIFORNIA.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 548.   ELY v. KLAHR ET AL.   Appeal from D. C. Ariz.   Probable jurisdiction noted.

No. 712.   TRIANGLE IMPROVEMENT COUNCIL ET AL. v. RITCHIE, COMMISSIONER, STATE ROAD COMMISSION OF WEST VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari granted.   [For earlier order herein, see, *ante*, p. 876.]

No. 5586.   BELL v. BURSON, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF GEORGIA.   Ct. App. Ga.   Motion for leave to proceed *in forma pauperis* granted.   Certiorari granted.